## IN THE SUPREME COURT OF THE STATE OF NEVADA

TOD LAS VEGAS LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                    Appellant,
vs.
CUSTOM SECURITY GUARD AND
PATROL, LLC,
                    Respondent.

No. 69776

**FILED**

OCT 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH BROWN

BY: _____

cc: Hon. Timothy C. Williams, District Judge
Stephen E. Haberfeld, Settlement Judge
Spencer M. Judd
Law Office of Hayes & Welsh
Eighth District Court Clerk

16-32444